# Third District Court of Appeal

## State of Florida

Opinion filed July 24, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

Nos. 3D22-2210 & 3D22-2211
Lower Tribunal Nos. F18-5455, F20-13998

_____

**Frank McNair**,
Appellant,

vs.

**The State of Florida**,
Appellee.

Appeals from the Circuit Court for Miami-Dade County, Thomas J. Rebull, Judge.

Piotrowski Law, and Jaime Lapidus, for appellant.

Ashley Moody, Attorney General, and Linda Katz, Assistant Attorney General, for appellee.

Before FERNANDEZ, LINDSEY, and LOBREE, JJ.

PER CURIAM.

Affirmed.